IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Celestine, Pierre O

Printed: 12/13/07

Case Number: 05 B 43852
Judge: Wedoff, Eugene R

Filed: 10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 19, 2007
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 6,261.82 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 438.18 |
| Other Funds: |  | 700.00 |
| Totals: | 9,100.00 | 9,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 1,700.00 | 1,700.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 18,720.84 | 3,711.17 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 5,367.34 | 1,064.00 |
| 4. | Internal Revenue Service | Priority | 7,499.36 | 1,486.65 |
| 5. | Illinois Dept Of Healthcare And Family | Unsecured | 249.06 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Unsecured | 2,864.99 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 147.18 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 161.71 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 404.18 | 0.00 |
| 10. | Internal Revenue Service | Priority |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | Associates | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | SMG | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 37,114.66 | $ 7,961.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 231.00 |
| 5% | 35.00 |
| 4.8% | 134.39 |
| 5.4% | 37.79 |
|  | _____ |
|  | $ 438.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Celestine, Pierre O | Case Number:  05 B 43852 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/13/07 | Filed:  10/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

